IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Charity J. Schenker, | ) | CASE NO. 5:12 CV 1020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAVID D. DOWD, JR. |
| v. | ) | |
| | ) | |
| County of Tuscarawas, *et al.* | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously herewith, this case is DISMISSED pursuant to 28 U.S.C. §1915(e).

Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

September 14, 2012          s/David D. Dowd, Jr.
Date                        David D. Dowd, Jr.
                            U.S. District Judge